UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph & Sharon Parrish | ) | CASE NO. 05-40111 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Fleet Credit Card Services, %Bank of America,
         2 Commercial Place, 8th Flr., Norfolk, VA 23510

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $3,300.30 into the Registry Account with the U.S. Bankruptcy Court. On October 3, 2008 the Trustee issued Check No. 89914 to Fleet Credit Card Services at the address above. This check was returned with a letter stating that the account had been sold but no further details were provided. The Trustee voided the check and placed a "reserve" on future disbursements to the creditor so the funds would be turned over to the Registry Account.

   To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

   Dated this 10th day of June, 2010.


                                    /s/ David A. Rosenthal
                                    David A. Rosenthal
                                    Chapter 13 Trustee
                                    P.O. Box 505
                                    Lafayette, IN 47902
                                    (765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 10th day of June, 2010 to:

Fleet Credit Card Services, %Bank of America, 2 Commercial Place, 8th Flr., Norfolk, VA 23510
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

                /s/ David A. Rosenthal
                David A. Rosenthal
                Chapter 13 Trustee
                P.O. Box 505
                Lafayette, IN 47902
                (765) 742-8248