UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF: )
)
JOSEPH CLARK PARRISH ) CASE NO. 05-40111
SHARON GAYE PARRISH )
)
    Debtors )

## ORDER DENYING PAYMENT OF FUNDS

The application for payment of unclaimed funds, filed on behalf of Fleet Credit Card Services c/o Bank of America Corporation, is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c). It has not been accompanied by adequate "proof that the individual executing the affidavit has been authorized to do so" on behalf of the creditor. The rule requires some sort of corroboration beyond simple self-serving statements which is all that has been provided here.

    SO ORDERED.

    Dated: 2/5/15

                                      */s/ Robert E. Grant*
                                      Chief Judge, United States Bankruptcy Court